IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SFR EQUITIES, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WARREN HILL, LLC | : | NO. 20-mc-00008 |

ORDER

AND NOW, this 28th day of February, 2020, it is hereby ORDERED that the motion of SFR Equities, LLC to quash the document subpoena served on CHGO Real Estate Consulting Group, LLC by Warren Hill, LLC is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                              J.